UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 20-18446 |
| Charles S Bremner and Leslie Lule | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Calendar ABG |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ON MOTION TO AUTHORIZE THE RECORDATION OF A SUBORDINATE MORTGAGE SECURING A PARTIAL HUD CLAIM & SHORTEN NOTICE

This case coming before the Court on the Debtors Motion to Authorize the Mortgage Lender to record a subordinate mortgage and the court having stated that the Bankruptcy Code does not require modification of the stay to record the subordinate mortgage securing the partial HUD claim,

IT IS HEREBY ORDERED that the automatic stay does not prevent the recordation of the subordinate mortgage securing the partial HUD claim.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: September 25, 2024

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600